UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,<br><br>                Plaintiff,<br><br>     v.<br><br>TULARE COUNTY DISTRICT ATTORNEY, et al.,<br><br>                Defendants. | Case No. C13-753-RSM<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed plaintiff's motion for leave to proceed in forma pauperis ("IFP") (Dkt. 1 ), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and order:

1. The Court adopts the Report and Recommendation.

2. The proposed complaint is **DISMISSED** with prejudice.

3. Plaintiff's motion for leave to proceed IFP (Dkt. 1) is **STRICKEN** as moot.

4. The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 5 day of June 2013.

                                                                    *[signature]*
                                                                    RICARDO S. MARTINEZ
                                                                    UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1